UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALL ABOUT PROPERTY, LLC, § § *Plaintiff*, § § v. § § COUNTRYWIDE HOME LOANS, § INC.; BANK OF AMERICA, N.A.; § FEDERAL NATIONAL MORTGAGE § ASSOCIATION; CARRINGTON § MORTGAGE SERVICES, LLC; AND § MORTGAGE ELECTRONIC § REGISTRATION SYSTEMS, INC. § § *Defendants.* § | CIVIL ACTION NO. 4:22-cv-01431 |

## JOINT REPORT TO THE COURT

Comes Now Plaintiff, All About Property, LLC ("Plaintiff"), and Defendants, Countrywide Home Loans, Inc., Bank of America, N.A., Carrington Mortgage Services, LLC, and Mortgage Electronic Registration Systems, Inc. (together the "Defendants"), (all together the "Parties"), and file this joint report to the court, and would show the court:

The court ordered the Parties to exchange written discovery by July 1, 2022 and to file a joint report to the court reporting "the status of the case and concrete and detailed steps to advance the litigation." Dkt. #12.

Carrington Mortgage Services, LLC and Mortgage Electronic Registration Systems, Inc. asked for and received an extension to produce discovery. Carrington Mortgage Services, LLC and Mortgage Electronic Registration Systems, Inc. produced discovery on July 8, 2022.

Countrywide Home Loans, Inc. and Bank of America, N.A. asked for and received an extension to produce discovery. Countrywide Home Loans, Inc. and Bank of America, N.A. have indicated they will produced discovery on July 15, 2022, the same day as the joint status report is due.

The Parties agree that it is not possible at this time to report "concrete and detailed steps to advance the litigation." The reason for this is that the Plaintiff has not had sufficient time to review the discovery responses.

Therefore, the Parties request an extension of at least 14 days to file a joint report on "the status of the case and concrete and detailed steps to advance the litigation."

Respectfully submitted,

**JEFFREY JACKSON & ASSOCIATES, PLLC**

*/s/    Jeffrey C. Jackson*
**JEFFREY C. JACKSON**
Texas State Bar No. 24065485
Federal Admission No. 1024221
2500 E. TC Jester Boulevard, Suite 285
Houston, Texas 77008
713-861-8833 (T)
713-682-8866 (F)
jeff@jjacksonllp.com
ATTORNEY FOR PLAINTIFF
ALL ABOUT PROPERTY, LLC


**BRADLEY ARANT BOULT CUMMINGS LLP**

By: */s/ Melissa Gutierrez Alonso*
**JON H. PATTERSON**
Texas Bar No. 24077588
jpatterson@bradley.com
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Telephone: (205) 521-8403

Fax:(205) 488-6403
**MELISSA GUTIERREZ ALONSO**
Texas Bar No. 24087648
malonso@bradley.com
600 Travis Street, Suite 4800
Houston, Texas 77002
(713) 576-0300 Telephone
(713) 576-0301 Telecopier
*Attorneys for Defendants Carrington Mortgage Services, LLC and Mortgage Electronic Registration Systems, Inc.*

**MCGUIRE WOODS LLP**

/s/ *Taylor W. Meek*
**TAYLOR W. MEEK,** SBN: 24100197
tmeek@mcguirewoods.com
McGuireWoods LLP
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Telephone: 214 932 6400
Facsimile: 214 932 6499
*Attorney for Defendants Countrywide Home Loans, Inc. and Bank of America, N.A.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice was served, via the Court's CM/ECF System, USPS Certified Mail, Return Receipt Requested, Facsimile Transmission, and/or E-Mail to all counsel and parties of record on this 15th day of July, 2022.

**Taylor W. Meek**
MCGUIREWOODS LLP
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
214-932-6400 (T)
214-932-6499 (F)
tmeek@mcguirewoods.com
    *Attorney for Defendants Countrywide Home Loans, Inc. and Bank of America, N.A.*

**Jon H. Patterson**
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
205-521-8403 (T)
205-488-6403 (F)
jpatterson@bradley.com

**Melissa Gutierrez Alonso**
mgutierrez@bradley.com
**Gabriella Alonso**
galonso@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
600 Travis Street, Suite 4800
Houston, Texas 77002
713-576-0300 (T)
713-576-0301 (F)
    *Attorneys for Defendants Carrington Mortgage Services, LLC and Mortgage Electronic Registration Systems, Inc.*

                                        */s/   Jeffrey C. Jackson*
                                        **JEFFREY C. JACKSON**